UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDOULAYE DIALLO, )
 )            Case No. C06-756-RSL-JPD
          Petitioner, )
 )
     v. )
 )            ORDER GRANTING
ALBERTO GONZALES, )            TEMPORARY STAY OF
 )            REMOVAL
          Respondent. )
_____)

On May 30, 2006, petitioner's Petition for Review and Motion for Stay of Removal was transferred from the United States Court of Appeals for the Ninth Circuit to this Court. (Dkt. #1, Attach. 2). Petitioner challenges the legality of his custody by the U.S. Immigration and Customs Enforcement ("ICE") and seeks a stay of his removal proceedings. The Court does hereby ORDER:

(1)    Petitioner's removal is temporarily STAYED pending briefing and a resolution of petitioner's motion for stay. The Court expresses no views at this time as to the merits of petitioner's petition and motion for stay.

(2)    Respondent shall file a response to petitioner's motion for stay within 15 days of the entry of this Order.

(3)    The Clerk shall direct a copy of this Order to all counsel of record, and shall forward a copy of this Order to Judge Donohue.

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 1

1        DATED this 8th day of June, 2006.

2

3                                                    _MM S Lasnik_
                                                     Robert S. Lasnik
4                                                    United States District Judge

5   Recommended for Entry
    this 1st day of June, 2006.
6

7   /s/  JAMES P. DONOHUE
    United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 2