UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDOULAYE DIALLO, ) | |
| ) | Case No. C06-756-RSL-JPD |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING |
| ALBERTO GONZALES, ) | TEMPORARY STAY OF |
| ) | REMOVAL |
| Respondent. ) | |
| _____) | |

On May 30, 2006, petitioner's Petition for Review and Motion for Stay of Removal was transferred from the United States Court of Appeals for the Ninth Circuit to this Court. (Dkt. #1, Attach. 2). Petitioner challenges the legality of his custody by the U.S. Immigration and Customs Enforcement ("ICE") and seeks a stay of his removal proceedings. The Court does hereby ORDER:

(1)   Petitioner's removal is temporarily STAYED pending briefing and a resolution of petitioner's motion for stay. The Court expresses no views at this time as to the merits of petitioner's petition and motion for stay.

(2)   Respondent shall file a response to petitioner's motion for stay within 15 days of the entry of this Order.

(3)   The Clerk shall direct a copy of this Order to all counsel of record, and shall forward a copy of this Order to Judge Donohue.

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 1

1   DATED this 8th day of June, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 1st day of June, 2006.

/s/  JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 2